# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                  No. 4:08CR00425-02 JLH

DEREK DESHAWN MACK                              DEFENDANT

## **ORDER**

Pending before the Court is defendant's Unopposed Motion to Continue Supervised Release Revocation Hearing. Good cause having been shown, the motion is GRANTED. Document #103. The hearing on the pending motion to revoke supervised release of defendant is hereby rescheduled for ***FRIDAY, MAY 18, 2012, at 2:30 p.m.,*** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 9th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE