**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                          NO. 4:08CR00425-01 JLH

CESAIRE AIMD ONUKWUBE                                              DEFENDANT

## **ORDER**

The government's motion for destruction of evidence is GRANTED.  Document #128.

IT IS SO ORDERED this 17th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE