# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                      NO. 4:08CR00425-01 JLH

CESAIRE AIMD ONUKWUBE                                      DEFENDANT

## ORDER

Court convened on Thursday, October 17, 2013, for a hearing on the government's motion to revoke the supervised release of defendant Cesaire Aimd Onukwube. Document #125. Assistant United States Attorney Benecia Betton Moore was present for the government. The defendant appeared in person and with his attorney, Assistant Federal Public Defender Lisa G. Peters.

Upon inquiry from the Court, the defendant admitted the allegations outlined in the petition to revoke. Following statements from counsel and the defendant, the Court determined that the motion to revoke should be held in abeyance for a period of sixty (60) days to allow defendant the opportunity to participate in an outpatient drug treatment program under the guidance and supervision of the probation office.

IT IS THEREFORE ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed by Monday, December 16, 2013. If defendant continues to comply with his conditions of supervised release the next sixty (60) days, the government will move to withdraw the petition to revoke. In the event the defendant is found to be in violation of his conditions of release prior to December 16, 2013, the United States Attorney is directed to submit the appropriate motion and the Court will conduct a hearing.

IT IS SO ORDERED this 17th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE