IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    NO. 4:08CR00425-01 JLH

CESAIRE AIMD ONUKWUBE                                       DEFENDANT

**ORDER**

At the conclusion of the supervised release revocation hearing October 17, 2013, the Court determined that the sentencing should be postponed for a period of sixty days to allow defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed. On December 19, 2013, the government filed a superseding motion to revoke supervised release, citing new allegations of noncompliance.

IT IS THEREFORE ORDERED that the sentencing hearing on the government's superseding motion to revoke supervised release is hereby scheduled to begin on **WEDNESDAY, JANUARY 29, 2014, at 2:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #132.

IT IS SO ORDERED this 15th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE